ACCEPTED
05-17-00289-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/21/2018 12:32 PM
LISA MATZ
CLERK



# Dallas County
## Public Defender's Office

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

05/21/2018 12:32:21 PM

LISA MATZ
Clerk

May 21, 2018

Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

      RE:      Leonard Mornes v. State
               Appeal No. 05-17-00289-CR
               **Submission - Oral Argument Waiver**

Dear Clerk:

I am writing regarding submission that has been set in the case for May 30, 2018 at 9:00 a.m.

I am writing to confirm that the parties have conferred regarding oral argument. Appellant believes that oral argument will not significantly aid in the decisional process, and the State waives argument if Appellant waives. Accordingly, the parties will waive argument.

Please let me know if you have any questions or require any further action from me.

With Best Regards,

Christian T. Souza
Christian T. Souza
Assistant Public Defender
Appellate Division

CC: Anne Wetherholt, ADA